# SACK & SACK
ATTORNEYS-AT-LAW
110 EAST 59TH STREET, 19TH FLOOR
NEW YORK, NEW YORK 10022
PHONE: (212) 702-9000 • FAX: (212) 702-9702

Eric Stern
ext.: 209
e-mail: estern@sackandsack.com



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 7/19/11

RECEIVED
JUL 14 2011
JUDGE KAPLAN'S CHAMBERS

July 14, 2011

**BY FAX TO:** (212) 805-7910
Judge Lewis A. Kaplan
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:    **Dembo v. Mount Sinai Hospital, et al,
       S.D.N.Y. No. 10 CIV 2716 (LAK)(THK)**

Dear Judge Kaplan:

We represent Plaintiff, Phyllis Dembo in the above-referenced action and write to request additional time for the Court to enter an Order of Dismissal in this matter. To date, the parties have been in the midst of negotiating the terms of settlement and have exchanged draft settlement, but have not yet come to an agreement as to final terms. Accordingly, we respectfully request an extension through August 31, 2011 to attempt to continue in good faith to resolve the referenced matter.

We thank the Court in advance for its cooperation.

Respectfully submitted,

/s/ *Eric R. Stern*

Eric R. Stern

ERS:br
cc: Rory McEvoy, Esq.

SO ORDERED: 7/19/11

_____
U.S.D.J.

Put 1