# SACK & SACK
ATTORNEYS-AT-LAW
110 EAST 59TH STREET, 19TH FLOOR
NEW YORK, NEW YORK 10022
PHONE: (212) 702-9000 • FAX: (212) 702-9702

Eric Stern
ext.: 209
e-mail: estern@sackandsack.com

August 11, 2011

**MEMO ENDORSED**

**BY FAX TO:** (212) 805-7932
Judge Theodore H. Katz
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:   **Dembo v. Mount Sinai Hospital, et al,**
      **S.D.N.Y. No. 10 CIV 2716 (LAK)(THK)**

Dear Judge Katz:

We represent Plaintiff, Phyllis Dembo in the above-referenced action and write to request a conference with the Court. The purpose of the Court conference is that since the settlement conference held before your Honor on June 7, 2011, the parties have reached an impasse as to some of the non-monetary terms of settlement and seek the Court's assistance in finalizing these terms. Some of these terms include mutual disparagement, confidentiality and the scope of Ms. Dembo's ability to seek re-employment with entities that may merge or combine with Defendants at some future date. We are hopeful that intervention by the Court at this juncture would assist in finalizing settlement of this matter.

We thank the Court in advance for its cooperation.

Respectfully submitted,

/s/ *Eric R. Stern*

**SO ORDERED**
8/16/11
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

The Court has been advised that Plaintiff's counsel is unavailable to participate in a conference until Sept. 1 or thereafter. Plaintiff's counsel, however, sought and was granted only until August 31, 2011 to resolve this matter, and this Court will recommend to Judge Kaplan that he grant no further extensions. This case was settled on the record on June 7, 2011. There can be no basis for renegotiating the terms of the agreement. The minor differences that exist should be easily resolved. A telephone status conference with counsel shall be held on August 29, 2011 at 10:00 A.M., unless the Court is advised that all issues have been resolved. Counsel shall initiate the call.