Kaplan, J

**EXHIBIT A**

EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy
Julie L. Sauer
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHYLLIS DEMBO,

                     Plaintiff,

      -against-

THE MOUNT SINAI HOSPITAL and
CLAUDIA COLGAN,

                   Defendants.
------------------------------------------------------------x

10 Civ. 2716 (LAK) (THK)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for all of the parties hereto that the above-captioned matter is hereby dismissed with prejudice.

      IT IS FURTHER STIPULATED AND AGREED by and between counsel for all of the parties hereto that Magistrate Judge Katz shall retain jurisdiction of this matter solely for the purpose of enforcing Paragraphs 1, 2 and 4 of the Agreement of Settlement and Release, in the event that any party claims that there has been a breach of one or more of these paragraphs by another party.



10/17/11

Date:  New York, New York
~~August~~, 2011
October 14,

EDWARDS ANGELL PALMER & DODGE LLP

By: _____
Rory J. McEvoy, Esq.
Julie L. Sauer, Esq.
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411

SACK & SACK, ESQS.

By: _____
Eric R. Stern, Esq.
Attorneys for Plaintiff
110 East 59th Street, 19th Floor
New York, New York 10022
212.702.9000

SO ORDERED:

_____
Honorable Lewis A. Kaplan
United States District Judge

10/17/11

13